IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BREANN KANIEWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18 – cv – 02082 |
| ) | |
| ROUNDY'S ILLINOIS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S
IMPROPER LOCAL RULE 56.1(b)(3) RESPONSES**

Defendant Roundy's Illinois, LLC ("Defendant") respectfully moves this Court to strike certain improper responses from *Plaintiff's Response to Defendant's Separate Statement of Undisputed Facts* (Dkt. No. 32). In support of this Motion, Defendant states as follows:

1. Plaintiff's responses to paragraphs 34-35, 37, 47, 56, 59-63, 73, 83, 85, 92, 103-104 and 120 of Defendant's *Rule 56(c)(1) Separate Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment* (Dkt. No. 24), are improper and fail to comply with Local Rule 56.1(b)(3).

2. Plaintiff's improper responses should be stricken, and the facts asserted should be deemed admitted.

3. In further support of this Motion, Defendant respectfully submits and incorporates by reference its supporting Memorandum of Law, filed contemporaneously herewith.

WHEREFORE, for all of the reasons set forth above, Defendant respectfully requests that this Court enter an Order striking Plaintiff's responses to paragraphs 34-35, 37, 47, 56, 59-63, 73, 83, 85, 92, 103-104 and 120 of Defendant's Separate Statement of Undisputed Facts (Dkt. No. 24), and deeming those facts admitted for purposes of Defendant's pending Motion for Summary Judgment (Dkt. No. 22).

Dated: March 4, 2019　　　　　　　　　Respectfully submitted,

**ROUNDY'S ILLINOIS, LLC, d/b/a
MARIANO'S, Defendant**

By:*/s/ Christopher S. Griesmeyer*
　　One of Its Attorneys
　　Christopher S. Griesmeyer (ARDC No. 6269851)
　　GREIMAN, ROME & GRIESMEYER, LLC
　　Two North LaSalle St., Suite 1601
　　Chicago, Illinois 60602
　　(312) 428-2750
　　cgriesmeyer@grglegal.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2019, a copy of the foregoing ***Defendant's Motion to Strike Plaintiff's Improper Local Rule 56.1(b)(3) Responses***, was filed with the Court's CM/ECF system, which will provide notice to all counsel of record registered to receive notices, at the addresses listed below:

>Michael I. Leonard
>Madelaine Thomas
>Leonard Meyer, LLP
>120 North LaSalle, 20th Floor
>Chicago, Illinois 60602
>mleonard@leonardmeyerllp.com
>mthomas@leonardmeyerllp.com

>*/s/ Christopher S. Griesmeyer*
>Christopher S. Griesmeyer
>GREIMAN, ROME & GRIESMEYER, LLC
>Two North LaSalle St., Suite. 1601
>Chicago, Illinois 60602
>Telephone: (312) 428-2750
>Facsimile: (312) 332-2781
>cgriesmeyer@grglegal.com

3